D. Michael Reilly, WSBA No. 14674
David Howenstine, WSBA No. 41216
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

Attorneys for Defendants

THE HONORABLE CHIEF
JUDGE THOMAS O. RICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

RYAN CHIPLEY,

                    Plaintiff,

    v.

METROPOLITAN LIFE
INSURANCE COMPANY, a New
York company; COMCAST
CORPORATION, a Pennsylvania
company; and COMCAST
COMPREHENSIVE HEALTH AND
WELFARE BENEFIT PLAN,

                    Defendants.

No. 2:17-cv-00261-TOR

**JOINT NOTICE OF
SETTLEMENT**

Following mediation and pursuant to Local Rule 83.3(i)(1), Plaintiff Ryan Chipley and Defendants Metropolitan Life Insurance Company, Comcast Corporation, and the Comcast Comprehensive Health and Welfare Benefit Plan hereby notify the Court that they have reached a full settlement of this matter. Pending the filing of final dismissal paperwork, the parties respectfully ask the Court to stay all remaining deadlines in this matter.

NOTICE OF SETTLEMENT
(No. 2:17-cv-00261-TOR) - 1

105460.0079/7177291.2

1

DATED: January 8, 2018

2

LANE POWELL PC                          KRAFCHICK LAW FIRM, PLLC

3

4

5

By: *s/ David W. Howenstine*            By:  *s/Steven P. Krafchick*

6

   D. Michael Reilly, WSBA #14674      (per e-mail authorization)

7

   David Howenstine, WSBA #41216   Steven P. Krafchick,WSBA #13542
   Attorneys for Defendants            Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF SETTLEMENT
(No. 2:17-cv-00261-TOR) - 2

105460.0079/7177291.2

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States and the State of Washington, that on the date listed below, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Steven P. Krafchick
Krafchick Law Firm
300 South Tower
100 W Harrison
Seattle, WA 98119-4192
klf@krafchick.com

Executed on the 8th day of January, 2018, at Seattle, Washington.


    *s/ Lou Rosenkranz*
    Lou Rosenkranz, Legal Assistant

NOTICE OF SETTLEMENT
(No. 2:17-cv-00261-TOR) - 3

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

105460.0079/7177291.2