UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN CHIPLEY,<br><br>                    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY, a New<br>York company; COMCAST<br>CORPORATION, a Pennsylvania<br>company; and COMCAST<br>COMPREHENSIVE HEALTH AND<br>WELFARE BENEFIT PLAN,<br><br>                    Defendants. | NO:  2:17-CV-0261-TOR<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 29).  The motion was submitted for consideration without oral argument.  The Court has reviewed the file and the records therein, and is fully informed.

The parties stipulated that the above-entitled matter has been fully settled and compromised and may be dismissed with prejudice and without an award of costs or fees.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this matter is **DISMISSED** with prejudice and without costs or fees to any party.

2.  All pending motions and scheduled hearings are stricken from the Court's calendar.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** February 13, 2018.



                    THOMAS O. RICE
              Chief United States District Judge